UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | No. 3:11-mc-00010 |
| ) | Judge Campbell |
| v. ) | |
| ) | |
| STATE OF TENNESSEE DEPARTMENT ) | |
| OF MENTAL HEALTH AND DISABILITIES, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

# O R D E R

Plaintiff Samuel Jefferson, an inmate at the DeBerry Special Needs Facility in Nashville, Tennessee, seeks to file a *pro se* action in this court. (Docket No. 1).

The plaintiff has not paid the three hundred fifty dollar ($350.00) civil filing fee. Neither has he submitted an application to proceed *in forma pauperis* in lieu thereof. The plaintiff states that, at the present time, he is housed in a "secluded building" and is "having difficulty getting a pauperis oath form and [his] trust fund account record." (Docket No. 1).

The Clerk is **DIRECTED** to send the plaintiff a blank application to proceed *in forma pauperis* and a copy of Administrative Order No. 93. The plaintiff, in turn, is directed to do one of the following within thirty (30) days of the date that he receives this order: (1) **either** pay the full three hundred fifty dollar ($350.00) filing fee; (2) **or** complete the application to proceed *in forma pauperis* provided in accordance with Administrative Order No. 93, and return the properly completed application to the district court with a certified copy of his inmate trust fund account statement for the 6-month period immediately preceding the date of the entry of this order, as

1

required under 28 U.S.C. § 1915(a)(2).

The plaintiff is forewarned that if he does not comply with this order within the time frame specified, the court may dismiss the action for want of prosecution and assess the full filing fee anyway. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). If the plaintiff's case is dismissed under these circumstances, it will not be reinstated to the court's active docket despite subsequent payment of the filing fee, or correction of any documentary deficiency. *Id*.

An extension of time to comply with this order may be requested from this court if a motion for an extension of time is filed within thirty (30) days of the date of entry of this order. *Floyd v. United States Postal Service*, 105 F.3d 274, 279 (6th Cir. 1997), *superseded on other grounds by* Rule 24, Fed. R. App. P.

It is so **ORDERED.**

_____
Todd J. Campbell
United States District Judge